UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHEICKNE TRAORE,**

    **Plaintiff,**

    v.

**U.S. ATTORNEY GENERAL,**
*et al.,*

    **Defendants.**

Case No. 2:17-cv-874
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 27, 2017. (ECF No. 9). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.

On October 26, 2017, Respondents filed a Motion to Dismiss for Lack of Jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure. (ECF No. 8). Attached to the Motion was a declaration from Immigration and Customs Enforcement Deportation Officer Amanda Glassburn, indicating that Petitioner was removed from the United States to Mali on October 3, 2017. (ECF No. 8-1). Based on the foregoing, and for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court finds that the petition no longer reflects a present, live controversy, and it is therefore, moot.

Accordingly, the Court **ADOPTS** the Report and Recommendation, **GRANTS** Respondents' Motion to Dismiss (ECF No. 8), and **DISMISSES** the case as **MOOT**. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in accordance with this Order.

**IT IS SO ORDERED.**

2-27-2018
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**